```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38696
    DIANNE JAMES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4362

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  33.25%.

     The case was paid in full 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CPS                        SECURED          9000.00         991.24        9000.00
CPS                        UNSECURED        1531.27            .00         509.07
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00             .00
AMERICASH LOANS LLC        UNSECURED         539.58            .00         179.38
CHECK N GO                 UNSECURED       NOT FILED           .00             .00
CITIFINANCIAL INVESTMENT   UNSECURED       NOT FILED           .00             .00
MAYWOOD PARKING            UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
CREDIT MANAGEMENT CONTRO   UNSECURED       NOT FILED           .00             .00
DR DAVID BUTLER MD         UNSECURED       NOT FILED           .00             .00
NOEL G ALCANTARA MD        UNSECURED       NOT FILED           .00             .00
GREAT AMERICAN FINANCE     UNSECURED       NOT FILED           .00             .00
H & R ACCOUNTS             NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS DEPT OF EMPLOYM   NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS DEPT OF EMP SEC   UNSECURED       NOT FILED           .00             .00
ILLINOIS TITLE LOAN        UNSECURED       NOT FILED           .00             .00
JVBD ASSOCIATES            UNSECURED       NOT FILED           .00             .00
HELLER & FRISONE           UNSECURED       NOT FILED           .00             .00
JEWEL FOOD STORES          UNSECURED          84.40            .00          28.06
NEIL KAUFMAN & ASSOC       UNSECURED       NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED           .00             .00
MERRILL LYNCH CORP         UNSECURED       NOT FILED           .00             .00
MUNICIPAL COLLECTION SER   NOTICE ONLY     NOT FILED           .00             .00
NICOR GAS                  UNSECURED       NOT FILED           .00             .00
PAY DAY ADVANCE            UNSECURED       NOT FILED           .00             .00
PRIMECO COMMUNICATIONS     UNSECURED       NOT FILED           .00             .00
SMC                        UNSECURED        1279.48            .00         425.36
SHORT TERM LOAN            UNSECURED         312.05            .00         103.74
SINAI MEDICAL GROUP        UNSECURED       NOT FILED           .00             .00
T MOBILE                   UNSECURED         424.56            .00         141.14
VILLAGE OF HILLSIDE        UNSECURED       NOT FILED           .00             .00
VON MAUR                   UNSECURED         169.86            .00          56.47

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 38696 DIANNE JAMES
```

```
WESTLAKE EMERGENCY        UNSECURED       NOT FILED              .00            .00
WESTLAKE HOSPITAL         UNSECURED       NOT FILED              .00            .00
WESTLAKE HOSPITAL         UNSECURED       NOT FILED              .00            .00
GREAT AMERICA FINANCE CO  SECURED NOT I    564.00                .00            .00
MUNICIPAL COLLECTION SER  UNSECURED        250.00                .00          83.11
ECAST SETTLEMENT CORP     UNSECURED        274.80                .00          91.36
RICHARD S BASS            DEBTOR ATTY    1,900.00                          1,900.00
TOM VAUGHN                TRUSTEE                                             891.08
DEBTOR REFUND             REFUND                                              311.99

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 14,712.00

PRIORITY                                             .00
SECURED                                         9,000.00
    INTEREST                                      991.24
UNSECURED                                       1,617.69
ADMINISTRATIVE                                  1,900.00
TRUSTEE COMPENSATION                              891.08
DEBTOR REFUND                                     311.99
                        ---------------    ---------------
TOTALS                  14,712.00               14,712.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/10/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```